**Dismiss and Opinion Filed June 22, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00103-CV

**MOISES LAZALDE D/B/A C & M TIRE & WHEEL, Appellant**
**V.**
**OMNI SOURCE UNITED, INC., Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-05517-E**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Chief Justice Wright

The clerk's record in this case is past due. By letter dated May 25, 2018, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation appellant had been found entitled to proceed without payment of costs within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not provided the required documentation nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

180103F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MOISES LAZALDE D/B/A C & M TIRE
& WHEEL, Appellant

No. 05-18-00103-CV     V.

OMNI SOURCE UNITED, INC., Appellee

On Appeal from the County Court at Law
No. 5, Dallas County, Texas
Trial Court Cause No. CC-17-05517-E.
Opinion delivered by Chief Justice Wright.
Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee OMNI SOURCE UNITED, INC. recover its costs of this appeal from appellant MOISES LAZALDE D/B/A C & M TIRE & WHEEL.

Judgment entered June 22, 2018.